SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X
JOSE EUGENIO INFANTE,

    Plaintiff,

vs.

KEVIN MOUZON AND CAROLINA TANK LINES INC.

    Defendants.

-----------------------------------------------------------------------X

Index No.:
Date Purchased:

**SUMMONS**

Plaintiff designates Kings County as the place of trial.

The basis of venue is the Place of incidence.

The incidence occurred in:
County of Kings,
State of New York

County of Kings.

To the above-named Defendants:

    You are hereby summoned to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorney(s) within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Queens, New York
       January 28, 2022

_____
Stephen Ghee, Esq.
LAW OFFICE OF STEPHEN GHEE, PLLC
*Attorneys for Plaintiff*
**JOSE EUGENIO INFANTE**
221-10 Jamaica Ave. Suite 106
Queens Village, NY 11428
(718) 464-6500
Our File No.

TO:
KEVIN MOUZON
635 Shamrock Drive
Jacksonville, NC 28540

CAROLINA TANK LINES INC
3255 Maple Ave,
Burlington, NC 27215

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------X   Index No.:
JOSE EUGENIO INFANTE,                                                 Date Purchased:

    Plaintiff,                                                    **VERIFIED COMPLAINT**

vs.

KEVIN MOUZON AND CAROLINA TANK LINES INC.

    Defendants.
------------------------------------------------------------------X

    Plaintiff, by attorneys, **LAW OFFICE OF STEPHEN GHEE, PLLC**, complaining of the Defendants, respectfully alleges, upon information and belief:

1. At all times herein mentioned, **Plaintiff**, JOSE EUGENIO INFANTE, was and still is a resident of the County of New York, State of New York.

2. At all times herein mentioned, Defendant KEVIN MOUZON was, and still is, a resident of the County of Onslow, State of North Carolina.

3. At all times herein mentioned, Defendant CAROLINA TANK LINES INC. was, and still is operating at the County of Alamance, State of North Carolina.

4. At all times herein mentioned, Defendant CAROLINA TANK LINES INC. was the titled owner of a box truck bearing North Carolina State registration number MW1668.

5. At all times herein mentioned, Defendant KEVIN MOUZON operated the aforesaid box truck bearing North Carolina registration number MW1668.

6. At all times herein mentioned, Defendant KEVIN MOUZON operated the aforesaid motor vehicle with the consent and permission of the Defendant, CAROLINA TANK LINES INC.

7. At all times herein mentioned, Defendant KEVIN MOUZON operated the aforesaid box truck in the course of his employment with the Defendant CAROLINA TANK LINES INC.

8. At all times herein mentioned, Defendant KEVIN MOUZON managed the aforesaid box truck with the consent of the defendant CAROLINA TANK LINES INC.

9. At all times herein mentioned, Defendant KEVIN MOUZON maintained the aforesaid box truck with the consent of the defendant CAROLINA TANK LINES INC.

10. At all times herein mentioned, Defendant KEVIN MOUZON controlled the aforesaid box truck with the consent of the defendant CAROLINA TANK LINES INC.

11. At all times herein mentioned, Defendant CAROLINA TANK LINES INC, managed the aforesaid box truck bearing North Carolina registration number MW1668.

12. At all times herein mentioned, Defendant CAROLINA TANK LINES INC, maintained the aforesaid box truck.

13. At all times herein mentioned, Defendant CAROLINA TANK LINES INC, controlled the aforesaid box truck.

14. At all times herein mentioned, Plaintiff JOSE EUGENIO INFANTE operated the motor vehicle bearing New Jersey state registration number B29NLT.

15. At all times herein mentioned, in the County of Kings, state of New York, on Linden Boulevard intersecting Kings Highway, were public roadways and/or thoroughfares.

16. That on 30th day of July, 2021, Defendant KEVIN MOZON was operating the box truck, owned by CAROLINA TANK LINES INC., at the aforementioned location.

17. That on 30th day of July, 2021, Plaintiff was operating a motor vehicle bearing New Jersey registration number B29NLT at the aforementioned location.

18. That on 30th day of July, 2021, at the aforementioned location, the box truck owned by the Defendant CAROLINA TANK LINES INC. and operated by KEVIN MOUZON came into contact with the motor vehicle operated by Plaintiff JOSE EUGENIO INFANTE.

19. That as a result of the aforesaid contact, Plaintiff JOSE EUGENIO INFANTE was injured.

20. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the Defendants without any fault or negligence on the part of the Plaintiff contributing thereto.

21. That Defendant were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid vehicles and the Defendants were otherwise negligent, careless and reckless under the circumstances then and there prevailing.

22. That by reason of the foregoing, Plaintiff JOSE EUGENIO INFANTE sustained severe and permanent personal injuries; and Plaintiff JOSE EUGENIO INFANTE was otherwise damaged.

23. That Plaintiff JOSE EUGENIO INFANTE sustained serious injurie as defend by §5102(d) of the Insurance Law of the State of New York.

24. That Plaintiff JOSE EUGENIO INFANTE sustained serious injuries and economic loss greater than basic economic loss as defined by §5104 of the Insurance Law of the State of New York.

25. This plaintiff repeats, reiterates, and re-alleges each and every allegation contained in paragraphs of the Complaint designated "1" through "24", inclusive with the same force and effect as though said paragraphs were more fully and completely set forth herein at length.

26. That Plaintiff is not seeking to recover any damages for which Plaintiff has been reimbursed by no-fault insurance and/or for which no-fault insurance is obligated to reimburse Plaintiff. Plaintiff is seeking to recover only those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

27. That this action falls within one or more of the exceptions set forth in CPLR §1602, including but not limited to §1602 (6) & (7).

28. That by reason of the foregoing, Plaintiff has been damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff demands judgment against the Defendants herein on all causes of action, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: Queens, New York
       January 28, 2022

Yours, etc.

_____
Stephen Ghee, Esq.
LAW OFFICE OF STEPHEN GHEE, PLLC
*Attorneys for Plaintiff*
**JOSE EUGENIO INFANTE**
221-10 Jamaica Ave. Suite 106
Queens Village, NY 11428
(718) 464-6500
Our File No

## ATTORNEY'S VERIFICATION

**STEPHEN GHEE,** an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury:

I am an attorney at LAW OFFICE OF STEPHEN GHEE, PLLC, and attorneys of record for Plaintiff, **JOSE EUGENIO INFANTE**. I have read the annexed **COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters, I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

This verification is made by me because Plaintiff is not presently in the County wherein, I maintain my offices.

Dated: Queens, New York
January 28, 2022

_____
**SEPHEN GHEE**

Index No.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

JOSE EUGENIO INFANTE,

      Plaintiff,

      vs.

KEVIN MOUZON AND CAROLINA TANK LINES INC.

      Defendants.

## SUMMONS AND VERIFIED COMPLAINT

**LAW OFFICE OF STEPHEN GHEE, PLLC**
*Attorneys for Plaintiff*
*Office and Post Office Address, Telephone*
**221-10 Jamaica Ave. Suite 106**
**Queens Village, New York 11428**
**Tel. (718) 464-6500**

TO:

*PLEASE TAKE NOTICE*

**NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a _____ duly entered in the office of the clerk of the within named court on

**NOTICE OF SETTLEMENT**

that an Order of which the within is a true copy will be presented for settlement to the Hon. _____ one of the judges of the within named court, at _____ on _____ at _____ a.m.

### ATTORNEY CERTIFICATION PURSUANT TO 22 NYCRR 130-1.1A

Pursuant to 22 NYCRR 130-1.1a, the undersigned, an attorney admitted to practice in the courts of New York State, certified that, upon information and belief, and after reasonable inquiry, the contentions contained in the annexed documents are not frivolous.

Dated: 01/28/2022

      Yours, etc.,

      **LAW OFFICE OF STEPHEN GHEE, PLLC**
      *Attorneys for Plaintiff*
      *Office and Post Office Address, Telephone*
      **221-10 Jamaica Ave. Suite 106**
      **Queens Village, New York 11428**
      **(718) 464-6500**